

NUMBER 13-16-00090-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI c EDINBURG

STATE FARM LLOYDS,                                                                                    Appellant,

v.

RUBEN AND MAYRA VEGA,                                                                          Appellee.

On appeal from the 430th District Court
of Hidalgo County, Texas.

## ORDER TO FILE REPORTER'S RECORD

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Order Per Curiam**

This cause is before the Court on the reporter's fifth request for extension of time to file the reporter's record. The reporter's record was originally due on March 28, 2016. This Court has previously granted the reporter four extensions of time. The reporter has now filed a fifth request for an additional 30 days to file the reporter's record.

The Court, having fully examined and considered the reporter's fifth request for extension of time to file the reporter's record and the extensions previously granted in this cause, is of the opinion that, in the interest of justice, the fifth request for extension of time to file the reporter's record should be granted with order.

The reporter's fifth request for extension of time to file the record is hereby granted, and reporter, Velma Arellano, is hereby ORDERED to file the reporter's record in this Court on or before November 16, 2016. No further requests for extension of time will be granted absent exigent circumstances.

PER CURIAM

Delivered and filed the
20th day of October, 2016.